| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>HEARTFIELD, THAD | 2. Court or Organization<br><br>U.S.D.C. (TEXAS EASTERN) | 3. Date of Report<br><br>09/10/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>DISTRICT COURT JUDGE (SENIOR) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>300 WILLOW STREET, RM. 212<br>BEAUMONT, TEXAS 77701 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 09/10/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American General Life Services Co. LLC | A | Interest | J | T | | | | | |
| 2. American General Life Services Co. LLC | A | Interest | J | T | | | | | |
| 3. Wells Fargo, Checking | A | Interest | M | T | | | | | |
| 4. Wells Fargo, Checking | A | Interest | M | T | | | | | |
| 5. Wells Fargo, Checking | A | Interest | K | T | | | | | |
| 6. Halcon Resources Operating Co. (X) | | None | J | T | | | | | |
| 7. Three Forks Resources | | None | J | T | | | | | |
| 8. Enterprise Crude Oil LLC | A | Royalty | J | T | | | | | |
| 9. US Saving Bonds (Y) | | None | J | T | | | | | |
| 10. Loan, debtor, Craig S. & Shannon Adlong | E | Interest | M | U | Open | 01/15/14 | J | | |
| 11. | | | | | Matured (part) | 01/15/14 | J | | |
| 12. | | | | | Matured (part) | 02/15/14 | J | | |
| 13. | | | | | Matured (part) | 03/15/14 | J | | |
| 14. | | | | | Matured (part) | 04/15/14 | J | | |
| 15. | | | | | Matured (part) | 05/15/14 | J | | |
| 16. | | | | | Matured (part) | 06/15/14 | J | | |
| 17. | | | | | Matured (part) | 07/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Matured (part) | 08/15/14 | J | | |
| 19. | | | | | Matured (part) | 09/15/14 | J | | |
| 20. | | | | | Matured (part) | 10/15/14 | J | | |
| 21. | | | | | Matured (part) | 11/15/14 | J | | |
| 22. | | | | | Matured (part) | 12/15/14 | J | | |
| 23. UBS RMA | A | Interest | L | T | | | | | |
| 24. AFLAC Inc | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 25. Boeing Co. | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 26. California Resources | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 27. Coca Cola Co. | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 28. Colgate Palmolive Co. | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 29. CSX Corp. | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 30. Emerson Electric Corp. | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 31. Illinois Tool Works Inc. | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 32. Intel Corp. | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 33. Johnson & Johnson Co. | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 34. Kinder Morgan Inc. | A | Dividend | J | T | Buy | 12/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Medtronic Inc. | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 36. Microsoft Corp. | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 37. Netera Energy Inc. | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 38. Nordstrom Inc. | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 39. Northeast Utilities | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 40. Occidental Petroleum | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 41. Qualcomm Inc. | A | Dividend | J | T | Buy | 05/09/14 | J | | |
| 42. Southwest Airlines | A | Dividend | J | T | Buy | 12/08/14 | J | | |
| 43. Stanley Black & Decker Inc. | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 44. Trinity Industries | A | Dividend | J | T | Buy | 12/08/14 | J | | |
| 45. Union Pacific Corp. | A | Dividend | J | T | Buy | 05/09/14 | J | | |
| 46. United Parcel Service Inc. | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 47. United Technologies Corp. | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 48. VF Corp. | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 49. Yum Brands Inc. | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 50. Clorox Co. | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 51. Clorox Co. | | | | | Sold | 05/09/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. UBS #1 Money Market | A | Interest | L | T | | | | | |
| 53. Oppenheimer Strategic Inc. | C | Dividend | L | T | | | | | |
| 54. Federated Bond Fund | C | Dividend | M | T | | | | | |
| 55. Pimco Total Return Fund | A | Dividend | | | Sold | 10/14/14 | J | A | |
| 56. Bond Fund of America | A | Dividend | J | T | | | | | |
| 57. American Funds High Income | D | Dividend | M | T | | | | | |
| 58. Franklin Templeton Global Bond | B | Dividend | L | T | | | | | |
| 59. Lord Abbett Short Duration Fund | B | Dividend | L | T | | | | | |
| 60. Pimco Low Duration Fund | B | Dividend | L | T | | | | | |
| 61. Pioneer Strategic Income | B | Dividend | K | T | | | | | |
| 62. Goldman Sachs BK 3.50 2/4/14 | A | Interest | | | Redeemed | 02/14/14 | K | A | |
| 63. Goldman Sachs BK 3.75 2/4/16 | A | Interest | K | T | | | | | |
| 64. Merrill Lynch Note 5.00 1/15/15 | A | Interest | K | T | | | | | |
| 65. I Shares Barclays Tips Bond Fund | B | Interest | L | T | | | | | |
| 66. Unts AAM Nav Dial High Income #39 | B | Interest | K | T | | | | | |
| 67. Unts AAM Nav Dial High Income #55 | B | Interest | K | T | | | | | |
| 68. HTF Amer Growth Fund | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. HTF Amer Growth & Income | | None | L | T | | | | | |
| 70. HTF Amer Global Growth | | None | L | T | | | | | |
| 71. HTF Franklin Mutual Shares | | None | L | T | | | | | |
| 72. Jackson National Variable Ann | | None | M | T | | | | | |
| 73. UBS IRA #2 Money Market | A | Interest | J | T | | | | | |
| 74. HTF Amer Growth & Income | | None | K | T | | | | | |
| 75. HTF Amer Growth | | None | K | T | | | | | |
| 76. HTF Amer Global Growth | | None | K | T | | | | | |
| 77. HTF Franklin Mutual Shares | | None | K | T | | | | | |
| 78. Merrill Lynch Bank Deposit Program | A | Interest | L | T | | | | | |
| 79. San Antonio TX Elec. & Gas 5 1/4% due 2/1/14 | A | Interest | | | Redeemed | 02/03/14 | K | A | |
| 80. Texas State Water Finl. 5.0% due 8/1/18 | B | Interest | K | T | | | | | |
| 81. Texas Water Devel. Bd. 5.0% due 7/15/21 | C | Interest | M | T | | | | | |
| 82. Alabama State Public Schools 2.5% due 3/1/24 | B | Interest | L | T | | | | | |
| 83. Univ. of North TX Revenue 5.0% due 4/15/24 | B | Interest | K | T | | | | | |
| 84. Weslaco TX ISD 4.5% due 2/15/25 | B | Interest | K | T | | | | | |
| 85. Eaton Vance Floating Rate Trust | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Nuveen Insured Quality Municipal Fund | A | Dividend | K | T | | | | | |
| 87. Nuveen Insured Tax-Free Advan. Muni. Fd | B | Dividend | K | T | | | | | |
| 88. Nuveen Insured Muni. Opportunity Fd. | B | Dividend | K | T | | | | | |
| 89. Powershares Exchange Traded Fd. | B | Dividend | K | T | | | | | |
| 90. Harlandale TX ISD 4.75% due 8/15/36 | C | Interest | L | T | | 09/18/14 | L | A | |
| 91. Harlandale TX ISD PRF 16 4.75% due 8/15/36 | B | Interest | K | T | | | | | |
| 92. Harlandale TX ISD unrefunded PSF 4.75% due 8/15/36 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 09/10/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

Line 1 & 2. Western General Life Ins. Co. in 2014 report is now American General Life Services Co. LLC.

Line 10. Please REDACT the names "Craig S. & Shannon Adlong".

Line 38. This was purchased in 2014 and sold in 2014 (as evidenced on line 39).

Line 78. This was exchanged for Lines 79 and 80.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ THAD HEARTFIELD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544